# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-1209

———————————————

MARTIN T. NEELY, Former
Husband,

    Appellant,

    v.

LINDSAY J. ENTREKIN, Former
Wife,

    Appellee.

———————————————

On appeal from the Circuit Court for Okaloosa County.
William F. Stone and John T. Brown, Judges.

May 13, 2026

PER CURIAM.

AFFIRMED. *See King v. King*, 363 So. 3d 1099, 1101 (Fla. 4th DCA 2023) (Holding that "a judgment need not be reversed solely because a trial court adopts a proposed order verbatim." Instead, there are various factors to be considered by an appellate court in determining whether a judgment reflects a trial judge's independent decision-making).

BILBREY, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael T. Webster of Michael T. Webster, P.A., Shalimar, for Appellant.

Andrew D. Wheeler of The Wheeler Firm, PA, Niceville, for Appellee.